1  Henry E. Heater (State Bar #99007)
Donald R. Lincoln (State Bar #41672)
2  Linda B. Reich (State Bar #87619)
Endeman, Lincoln, Turek & Heater LLP
3  600 "B" Street, Suite 2400
San Diego, California 92101-4508
4  (619) 544-0123
Fax (619) 544-9110
5
John G. Barisone (State Bar #087831)
6  City Attorney, City of Capitola
Atchison, Barisone, Condotti & Kovacevich
7  333 Church Street
Santa Cruz, California  95060-3811
8  (831) 423-8383
Fax (831) 423-9401
9
Attorneys For Defendants
10  City of Capitola and City of Capitola
Mobilehome Rent Review Board
11

12

IN THE UNITED STATES DISTRICT COURT
13
FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| LOS ALTOS EL GRANADA<br>INVESTORS, a California limited<br>partnership, doing business as<br>CASTLE MOBILE ESTATES,<br><br>Plaintiff,<br><br>CITY OF CAPITOLA, CITY OF<br>CAPITOLA MOBILEHOME RENT<br>REVIEW BOARD, DOES 1 through<br>10, Inclusive<br><br>Defendants. | CASE NO. C04 05138 JF<br><br>Judge:  Jeremy Fogel<br><br>**E-FILING**<br><br>DATE FOR CMC:  July 15, 2005<br>TIME:  10:30 a.m.<br>COURTROOM:  3, 5th Floor<br>ACTION FILED:  12/03/04<br>TRIAL DATE:  NOT YET SET |

24  **STIPULATION TO CONTINUE INITIAL DISCLOSURE, ADR AND
CASE MANAGEMENT CONFERENCE DATES DUE TO PENDING
25  MOTION TO DISMISS AND ORDER THEREON**

I:\client\1280.009\pleadings\Stip to Cont Initial Disc,ADR&CMC DatesII.wpd
STIPULATION TO CONTINUE DISCLOSURE, ADR AND CASE MANAGEMENT CONFERENCE DATES
C04 05138 JF

Case 5:04-cv-05138-JF   Document 31   Filed 06/21/05   Page 2 of 3

On February 4, 2005, Defendants City of Capitola, et al. ("City") filed a Motion to Dismiss this action which was heard on April 22, 2005. The Court took the matter under submission and to date there has been no ruling. It is uncertain what the effect of the ruling on the Motion to Dismiss will have on this case and thus, in the interest of judicial economy, the parties have agreed to the following stipulation to extend the initial disclosure, ADR and Case Management Conference dates.

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, through their respective counsel as follows:

1.   The last date to meet and confer on initial disclosures, early settlement, ADR process selection, discovery plan and to file a Joint ADR Certification with Stipulation to ADR process or Notice of need for ADR telephone conference currently set for June 15, 2005 be continued until July 13, 2005.

2.   The last date to file complete initial disclosures or state objection to Rule 26(f) Report and to file/serve Rule 26(f) Report currently set for June 27, 2005 be continued until July 25, 2005.

3.   The last date to file and serve a Joint Case Management Statement currently set for June 27, 2005 be continued until July 25, 2005.

4.   The case management conference currently set for July 15, 2005 be continued until August 12, 2005.

DATED: June 15, 2005

Robert S. Coldren
C. William Dahlin
Mark D. Alpert
Hart, King & Coldren

By: _____
C. William Dahlin
Mark D. Alpert
Attorneys for Plaintiff Los Altos El
Granada Investors

J:\wPcoc\1280.000\pleadings\Stip to Cont Initial Disc_ADR&CMC Dates II.wpd

**STIPULATION TO CONTINUE DISCLOSURE, ADR AND CASE MANAGEMENT CONFERENCE DATES**
C04 05138 JF

1    DATED: June 15, 2005

2

3

4

5

6

7

8

9

10

11          IT IS SO ORDERED.

12

13   Dated: ___6/21/05___

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Donald R. Lincoln
Henry E. Heater
Linda B. Reich
Endeman, Lincoln, Turek & Heater LLP

By: _Linda B. Reich_____
Donald R. Lincoln
Henry E. Heater
Linda B. Reich
Attorneys for Defendants City of
Capitola, City of Capitola Mobilehome
Rent Review Board

**ORDER**

(s/electronic-signature-authorized)
_____
United States District Judge Jeremy Fogel

I:\client\1280.009\pleadings\Stip to Cont Initial Disc,ADR&CMC DatesII.wpd        - 2 -

STIPULATION TO CONTINUE DISCLOSURE, ADR AND CASE MANAGEMENT CONFERENCE DATES
                                                                                      C04 05138 JF