Henry E. Heater (State Bar #99007)
Donald R. Lincoln (State Bar #41672)
Linda B. Reich (State Bar #87619)
Endeman, Lincoln, Turek & Heater LLP
600 "B" Street, Suite 2400
San Diego, California 92101-4508
(619) 544-0123
Fax (619) 544-9110

John G. Barisone (State Bar #087831)
City Attorney, City of Capitola
Atchison, Barisone, Condotti & Kovacevich
333 Church Street
Santa Cruz, California 95060-3811
(831) 423-8383
Fax (831) 423-9401

**E-filed 7/25/05**

Attorneys For Defendants
City of Capitola and City of Capitola
Mobilehome Rent Review Board

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ALTOS EL GRANADA INVESTORS, a California limited partnership, doing business as CASTLE MOBILE ESTATES, <br><br> Plaintiff, <br><br> CITY OF CAPITOLA, CITY OF CAPITOLA MOBILEHOME RENT REVIEW BOARD, DOES 1 through 10, Inclusive <br><br> Defendants. | CASE NO. C04 05138 JF <br><br> Judge: Jeremy Fogel <br><br> **E-FILING** <br><br> DATE FOR CMC: August 12, 2005 <br> TIME: 10:30 a.m. <br> COURTROOM: 3, 5th Floor <br> ACTION FILED: 12/03/04 <br> TRIAL DATE: NOT YET SET |

**STIPULATION TO CONTINUE INITIAL DISCLOSURE, ADR AND CASE MANAGEMENT CONFERENCE DATES DUE TO PENDING MOTION TO DISMISS AND ORDER THEREON**

I:\1280.009\pleadings\Stip and Order to Cont Initial Disclosure,ADR,CMC dates 7 18 05.wpd

STIPULATION TO CONTINUE DISCLOSURE, ADR AND
CASE MANAGEMENT CONFERENCE DATES

C04 05138 JF

On February 4, 2005, Defendants City of Capitola, et al. ("City") filed a Motion to Dismiss this action which was heard on April 22, 2005. The Court took the matter under submission and to date there has been no ruling. It is uncertain what the effect of the ruling on the Motion to Dismiss will have on this case and thus, in the interest of judicial economy, the parties have agreed to the following stipulation to extend the initial disclosure, ADR and Case Management Conference dates.

IT IS HEREBY STIPULATED BETWEEN THE PARTIES through their respective counsel as follows:

1. The last date to meet and confer on initial disclosures, early settlement, ADR process selection, discovery plan and to file a Joint ADR Certification with Stipulation to ADR process or Notice of need for ADR telephone conference currently set for July 13, 2005 be continued until August 29, 2005.

2. The last date to file complete initial disclosures or state objection to Rule 26(f) Report and to file/serve Rule 26(f) Report currently set for July 25, 2005 be continued until September 9, 2005.

3. The last date to file and serve a Joint Case Management Statement currently set for July 25, 2005 be continued until September 9, 2005.

4. The case management conference currently set for August 12, 2005 be continued until September 30, 2005 at 10:30 a.m..

DATED: July 19, 2005

Robert S. Coldren
C. William Dahlin
Mark D. Alpert
Hart, King & Coldren

By: /s/ C. William Dahlin
C. William Dahlin
Mark D. Alpert
Attorneys for Plaintiff Los Altos El Granada Investors

I:\1280.009\pleadings\Stip and Order to Cont Initial Disclosure,ADR,CMC dates 7 18 05.wpd - 1 -

STIPULATION TO CONTINUE DISCLOSURE, ADR AND
CASE MANAGEMENT CONFERENCE DATES

C04 05138 JF

1  DATED: July 19, 2005         Donald R. Lincoln
2                                Henry E. Heater
                                 Linda B. Reich
3                                Endeman, Lincoln, Turek & Heater LLP

4                                By: /s/ Linda B. Reich
                                 Donald R. Lincoln
5                                Henry E. Heater
                                 Linda B. Reich
6                                Attorneys for Defendants City of
                                 Capitola, City of Capitola Mobilehome
7                                Rent Review Board

8

9

10                               **ORDER**

11       IT IS SO ORDERED.

12

13  Dated: 7/22/05               /s/electronic signature authorized
                                 United States District Judge Jeremy Fogel
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  I:\1280.009\pleadings\Stip and Order to Cont Initial Disclosure,ADR,CMC dates 7 18 05.wpd - 2 -

STIPULATION TO CONTINUE DISCLOSURE, ADR AND
CASE MANAGEMENT CONFERENCE DATES

C04 05138 JF