**E-Filed 2/26/07**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LOS ALTOS EL GRANADA INVESTORS, a California limited partnership dba CASTLE MOBILE ESTATES,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF CAPITOLA, et al.,<br><br>       Defendants. | Case Number C 04-5138 JF (PVT)<br><br>ORDER[1] GRANTING PLAINTIFF'S MOTION TO VACATE STAY<br><br>[re: doc. no. 45] |

On November 17, 2006, Plaintiff filed an *ex parte* motion to vacate the stay in this action, which this Court imposed during the pendency of Plaintiff's state court appeal regarding its state court takings claim and related claims. In May 2006, the state appellate court reversed the superior court's judgment in part and remanded so that Plaintiff could filed a first amended complaint in the superior court. Following remand, the superior court concluded that Plaintiff could not state a viable claim and sustained a demurrer to Plaintiff's first amended complaint without leave to amend. The superior court had not issued a written decision or judgment at the time Plaintiff filed its motion to vacate stay, and Plaintiff had not indicated whether it intended to

---

[1] This disposition is not designated for publication and may not be cited.

appeal the superior court's judgment when entered.  Defendants therefore opposed Plaintiff's application to vacate the stay of litigation in this action on the ground that the state court action that gave rise to the stay was still pending.  Defendants also argued that once the state court action was final, any claims that Plaintiff could assert in this action would be barred by the doctrines of *res judicata* and collateral estoppel.

This Court requested supplemental briefing on the application of *res judicata* and collateral estoppel and set a hearing for January 19, 2007.  At the hearing, the Court indicated that it could not opine as to the potential application of *res judicata* and collateral estoppel, because such opinion would be advisory in nature.  The Court further indicated that it was inclined to continue the stay of litigation in the event that Plaintiff appealed the superior court's judgment, which was entered on December 19, 2006.  The Court requested that Plaintiff inform the Court when Plaintiff made its decision regarding appeal.

The Court has received correspondence from Plaintiff's counsel dated February 15, 2007, stating that Plaintiff has elected not to appeal the superior court's judgment.  The Clerk of the Court shall file the correspondence.

Because the state court proceedings that gave rise to the stay of the instant litigation have been concluded, this Court will grant Plaintiff's motion to vacate the stay.

**ORDER**

(1) The Clerk of the Court shall file the February 15, 2007 correspondence from Plaintiff's counsel;

(2) Plaintiff's motion to vacate the stay of litigation in this action is GRANTED;

(3) The parties shall appear for a Case Management Conference on March 30, 2007 at 9:00 a.m.

DATED:  2/26/07

_____
JEREMY FOGEL
United States District Judge

1   This Order was served on the following persons:

3   Mark D. Alpert     marka@hkclaw.com,

4   Robert S. Coldren     rcoldren@hkclaw.com

5   C. William Dahlin     billd@hkclaw.com,

6   Henry E. Heater     hheater@elthlaw.com, slinn@elthlaw.com

7   Linda B. Reich     lreich@elthlaw.com, msnider@elthlaw.com

Case No. C 04-5138 JF (PVT)
ORDER GRANTING PLAINTIFF'S MOTION TO VACATE STAY
(JFLC2)