UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOS ALTOS EL GRANADA INVESTORS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF CAPITOLA, et al.,<br><br>        Defendants. | Case No.: CV 04-05138 JF (PSG)<br><br>**ORDER MODIFYING BRIEFING SCHEDULE**<br><br>**(Re: Docket No. 134)** |

In consideration of a request made via telephone by Plaintiff counsel's office,

IT IS HEREBY ORDERED that Plaintiff shall file opposition papers to the motion to quash or for a protective order and to the motion for sanctions no later than February 22, 2011.

Dated: February 16, 2011

PAUL S. GREWAL
United States Magistrate Judge

ORDER