**E-Filed 4/4/2011**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LOS ALTOS EL GRANADA INVESTORS, a California limited partnership, doing business as CASTLE MOBILE ESTATES,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CAPITOLA, et al.,<br><br>    Defendants. | Case Number 5:04-cv-05138-JF<br><br>ORDER[1] DENYING DR. KENNETH BAAR'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE RE DENIAL OF ATTORNEYS' FEES |

On January 26, 2011, Plaintiff served a subpoena upon non-party Dr. Kenneth Baar ("Baar"), requiring him to produce documents and appear for deposition. Baar moved to quash the subpoena or alternatively for a protective order, and for sanctions against Plaintiff. On March 11, 2011, Magistrate Judge Paul Grewal issued an order denying the motion to quash, granting in part the alternative motion for a protective order, and denying the motion for sanctions. Baar seeks relief from the denial of his sanctions motion.

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:04-cv-05138-JF
ORDER DENYING DR. KENNETH BAAR'S MOTION FOR RELIEF ETC.
(JFLC2)

1  Judge Grewal's ruling is not "clearly erroneous or contrary to law." See Fed. R. Civ. P. 72(a). As Judge Grewal noted in footnote 13 of his order, Baar's motion to quash was denied. Baar's alternative motion for a protective order was granted only in part. Under these circumstances, it was well within Judge Grewal's discretion to deny Baar's motion for sanctions. Accordingly, the motion for relief will be DENIED.

IT IS SO ORDERED.

DATED: 4/4/2011

_____
JEREMY FOGEL
United States District Judge

2

Case No. 5:04-cv-05138-JF
ORDER DENYING DR. KENNETH BAAR'S MOTION FOR RELIEF ETC.
(JFLC2)