**E-Filed 5/25/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ALTOS EL GRANADA INVESTORS, a California limited partnership, doing business as CASTLE MOBILE ESTATES,<br><br>Plaintiff,<br><br>CITY OF CAPITOLA, CITY OF CAPITOLA MOBILEHOME RENT REVIEW BOARD, DOES 1 through 10, Inclusive<br><br>Defendants. | CASE NO. C04 05138 JF<br><br>Judge: Jeremy Fogel<br><br>**E-FILING**<br><br>COURTROOM: 3, 5th Floor<br>ACTION FILED: 12/03/04<br>TRIAL DATE: October 11, 2011 |

[~~PROPOSED~~] ORDER RE: STIPULATION TO CONTINUE TRIAL AND CUT-OFF DATES AND TEMPORARY STAY

Pursuant to the Stipulation to Continue Trial and Cut-Off Dates, and For Temporary Stay ("Stipulation"), IT IS ORDERED that:

1. This litigation may be stayed up to ninety (90) days and the stay be terminated or vacated by forty-eight (48) hours written notice given by either party to the Court and other parties. The stay shall be lifted after forty-eight hours have expired;

2. For those unexpired deadlines set forth in the Case Management Order as of this Court's entry of Order to this Stipulation, those deadlines and trial date shall be continued three (3) months;

3. Plaintiff's Motion for Leave to File Amended Complaint can be taken off calendar without prejudice and can be re-set for hearing on a date designated by Plaintiff. Plaintiff may re-set the hearing date for the Motion for Leave to File Amended Complaint by requesting a hearing date from the Court by letter;

4. Defendants' discovery responses shall be due fourteen (14) days after the stay has been lifted;

5. The Parties may seek additional time with the Court to continue the trial date and cut-off dates to facilitate settlement and prevent undue prejudice of expiring deadlines and cut-off dates; and,

6. The Stipulation does not preclude either party from filing other motions not identified in this Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/25/2011

_____
The Honorable Jeremy Fogel
Judge Presiding