**E-Filed 7/28/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ALTOS EL GRANADA INVESTORS, a California limited partnership, doing business as CASTLE MOBILE ESTATES, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CAPITOLA, CITY OF CAPITOLA MOBILEHOME RENT REVIEW BOARD, DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No.: C04 05138 JF <br><br> Case Assigned to: <br> Honorable Jeremy Fogel <br> Courtroom:   3 <br><br> **E-FILING** <br><br> [~~PROPOSED~~] **ORDER RE: STIPULATION FOR ENTRY OF ORDER OF DISMISSAL** <br><br> Complaint filed:    December 3, 2004 <br> Trial Date:         October 11, 2011 |

36617.012/4832-9930-4714v.1

*[PROPOSED] ORDER RE: STIPULATION TO DISMISSAL WITH PREJUDICE*

1 | Pursuant to the terms of the Stipulation For Order For Entry of Order of Dismissal, IT
2 | IS ORDERED that:
3 |     1.    On receipt of Notice from Plaintiff and Defendant that ownership of Castle Mobilehome Park, in Capitola, California ("Property") has been conveyed to Millennium Housing, that an Order for Dismissal with Prejudice in the form of Exhibit 1 to this Order be entered;

    2.    In lieu of condemnation, that Plaintiff be ordered to convey title to the Property to Millennium pursuant to the terms and conditions of the Settlement Agreement and incorporated documents.

    3.    An Order for Dismissal shall not be entered unless ownership of the Property is conveyed prior to August 30, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/28/2011

_____
The Honorable Jeremy Fogel, Judge presiding