**E-Filed 8/15/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ALTOS EL GRANADA INVESTORS, a California limited partnership, doing business as CASTLE MOBILE ESTATES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF CAPITOLA, CITY OF CAPITOLA MOBILEHOME RENT REVIEW BOARD, DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No.: C04 05138 JF<br><br>Case Assigned to:<br>Honorable Jeremy Fogel<br>Courtroom:   3<br><br>**E-FILING**<br><br>[PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed:    December 3, 2004<br>Trial Date:         October 11, 2011 |

1   Pursuant to the terms of the Settlement Agreement, Stipulation For Order of
2   Dismissal and the Order Re: Stipulation For Entry Of Order Of Dismissal,
3   IT IS ORDERED that:
4       1.  This action is dismissed with Prejudice; and
5       2.  Each party to bear their own costs and attorneys' fees.

7   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9   Dated: 8/15/2011

    _____
    The Honorable Jeremy Fogel, Judge presiding